ARBUCKLE ET AL. *v.* McCOY.

From the Rush Circuit Court.

*B. L. Smith*, for appellants.

*Sleeth & Study* and *Sexton & Cambern*, for appellee.

DOWNEY, C. J.—Where the court has improperly refused to grant a continuance, the ruling must be made a ground

of a motion for a new trial, in order to present the question to this court, and then it must be done by assigning as error the overruling of the motion for a new trial. *Carr* v. *Eaton*, 42 Ind. 385, and cases cited; Buskirk's Pr. 224.

The judgment is affirmed, with five per cent. damages and costs.